78 A.3d 612

United States Citizen and Wrongly Convicted Pennsylvania Death Row Prisoner Herbert J. BLAKENEY, Petitioner

v.

COMMONWEALTH of Pennsylvania, Edward M. Marsico, Esq., County District Attorney's Office Harrisburg, for Commonwealth of Pennsylvania, et al., Respondents.

No. 114 EM 2013.

Supreme Court of Pennsylvania.

Oct. 16, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2013, the Petition for Exercise of King's Bench and/or Extraordinary Relief and the Application for Appointment of Counsel are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.